**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KARL ALLEN BJORK, # 167949,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-cv-00626** |
| | ) | |
| **TDOC SENTENCE MANAGEMENT,** | ) | **Judge Trauger** |
| ***et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Karl Bjork, who is in custody of the Trousdale Turner Correctional Center in Hartsville, Tennessee, filed a pro se complaint alleging that he is being held beyond what Plaintiff believes to be the correct end date of his criminal sentence, and the Williamson County Court refuses to grant his release. (Doc. No. 1). The court dismissed the complaint in an order entered September 21, 2026. (Doc. No. 19). On September 23, 2026, a Motion for Continuance was entered on the docket.

The Motion for Continuance (Doc. No. 20) is **DENIED**. This action has been dismissed. Judgment was entered on September 30, 2026. (Doc. No. 21).

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge